**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-M-1977 (BNB)
(Consolidated with Civil Action No. 02-M-1978 (BNB) for pretrial purposes)

SPA UNIVERSAIRE and
VACATION TAN & TRAVEL,

Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC. and
QWEST CORPORATION,

Defendants.

---

**ORDER ON PLAINTIFFS' MOTION FOR**
**INTERVENTION OF INDIVIDUAL PLAINTIFFS**

---

THE COURT, having reviewed Plaintiffs' Motion for Intervention of Individual Plaintiffs and Defendants' Response, being fully advised, ORDERS:

1. The Court finds that Plaintiffs' Motion for Intervention shall be treated as a motion for permissive joinder of parties pursuant to F.R.Civ.P. 20(a), pursuant to the Court's August 8, 2005 scheduling order.

2. Properly characterized as a motion under F.R.Civ.P. 20(a), Defendants have indicated they do not object to the joinder of the additional parties.

3. Therefore the additional parties identified in Plaintiffs' Motion for Intervention shall be joined as parties plaintiff to this action, the caption to be amended accordingly.

DATED this 30th day of August, 2005.

s/Richard P. Matsch
_____
Richard P. Matsch
United States District Judge

-2-

[~8252023.wpd]   -2-