IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01977-RPM
 (Consolidated with Civil Action No. 02-cv-01978-RPM for pretrial purposes))

SPA UNIVERSAIRE and
VACATION TAN & TRAVEL,
DOUGLAS CHEESMAN,
CARL LESHER,
ROXANNE LEWIS,
DENNIS LINDEMAN,
DOUG MACKEY,
LORI R. VALDEZ,
JENNIFER LYNN WEBB,
individually and on Behalf of All Others Similarly Situated.
     Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., and
QWEST CORPORATION,

    Defendant.

---

ORDER

---

On December 8, 2005, the plaintiffs filed a motion for partial summary judgment.  On December 28, 2005, defendants filed a motion for a status conference and for extension of time to file a response to that motion.  The plaintiffs' motion is premature.  The Court will not enter any rulings on merits issues before determining whether this civil action should proceed as a class action.  The motion is inconsistent with the procedure adopted by this Court in the scheduling order of July 28, 2005.  It is therefore

ORDERED that the plaintiffs' motion for partial summary judgment is denied

as premature.  The motion for status conference is denied.

Dated: January 11, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge