IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01977-RPM
 (Consolidated with Civil Action No. 02-cv-01978-RPM for pretrial purposes))

SPA UNIVERSAIRE and
VACATION TAN & TRAVEL,
DOUGLAS CHEESMAN,
CARL LESHER,
ROXANNE LEWIS,
DENNIS LINDEMAN,
DOUG MACKEY,
LORI R. VALDEZ,
JENNIFER LYNN WEBB,
individually and on Behalf of All Others Similarly Situated.
              Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., and
QWEST CORPORATION,

        Defendant.

---

## ORDER

---

Upon consideration of Plaintiffs' Motion for Joinder of Kent Fitzgerald as Plaintiff and for Voluntary Dismissal of Plaintiff Jennifer Lynn Webb (Doc. #72), it is

ORDERED that Jennifer Lynn Webb is dismissed from this action and it is

FURTHER ORDERED that Kent Fitzgerald is joined as a party plaintiff.

Dated: February 9th , 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge