IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01977-RPM
(Consolidated with Civil Action No. 02-cv-01978-RPM for pretrial purposes)

SPA UNIVERSAIRE,
VACATION TAN & TRAVEL,
DOUGLAS CHEESMAN,
CARL LESHER,
ROXANNE LEWIS,
DENNIS LINDEMAN,
DOUG MACKEY,
LORI R. VALDEZ, and
KENT FITZGERALD,
individually and on Behalf of All Others Similarly Situated,

     Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., and
QWEST CORPORATION,

     Defendants.

_____

ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER
DENYING CLASS CERTIFICATION
_____

Upon consideration of Plaintiffs' Motion for Reconsideration of Order Denying

Class Certification [125], filed on September 24, 2007, it is

ORDERED, that the motion is denied.

DATED:   September 25th, 2007

                           BY THE COURT:

                           s/Richard P. Matsch

                           _____
                           Richard P. Matsch, Senior District Judge