IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01977-RPM
(Consolidated with Civil Action No. 02-cv-01978-RPM for pretrial purposes)

SPA UNIVERSAIRE,
VACATION TAN & TRAVEL,
DOUGLAS CHEESMAN,
CARL LESHER,
ROXANNE LEWIS,
DENNIS LINDEMAN,
DOUG MACKEY,
LORI R. VALDEZ, and
KENT FITZGERALD,
individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., and
QWEST CORPORATION,

      Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

The Court having determined that this case should now be set for an additional scheduling conference, it is

ORDERED that a scheduling conference will be held on **December 20, 2007, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch

Procedures) and use the format provided with those instructions.  The proposed amended order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 13, 2007.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED:   October 26th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge