# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-1977-RPM

(Consolidated with Civil Action No. 02-cv-1978-RPM for pretrial purposes)

SPA UNIVERSAIRE,
VACATION TAN & TRAVEL,
DOUGLAS CHEESMAN,
CARL LESHER,
ROXANNE LEWIS,
DENNIS LINDEMAN,
DOUG MACKEY,
LORI R. VALDEZ,
JENNIFER LYNN WEBB,
individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., and
QWEST CORPORATION,

   Defendants.

## ORDER

  Upon consideration of Jennifer C. Miner's Motion to Withdraw as counsel for Defendants Qwest Communications International, Inc. and Qwest Corporation, it is

  ORDERED that the Motion is GRANTED and Jennifer C. Miner of Holme Roberts & Owen LLP is no longer counsel of record for Defendants Qwest Communications International, Inc. and Qwest Corporation.

  Dated this 29th day of October, 2007.

             BY THE COURT:

             s/Richard P. Matsch
             _____
             Richard P. Matsch, Senior Judge