IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01977-RPM
(Consolidated with Civil Action No. 02-cv-01978-RPM for pretrial purposes)

DOUGLAS CHEESMAN,
ROXANNE LEWIS,
DOUG MACKEY,
LORI R. VALDEZ, and

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., and
QWEST CORPORATION,

    Defendants.

---

ORDER FOR FILING SECOND AMENDED CLASS ACTION COMPLAINT, DISMISSAL OF CERTAIN PLAINTIFFS AND DIRECTION TO RESPOND TO DEFENDANTS' MOTIONS

---

On December 11, 2007, plaintiffs filed a motion to file a second amended complaint, tendering therewith a Second Amended Class Action Complaint, captioned as above. The defendants on February 1, 2008, filed their response in opposition to the motion on grounds of futility. On February 22, 2008, the defendants filed a motion for summary judgment on plaintiffs' Sherman Act § 1 claim, addressing that claim both as pleaded in the first amended complaint and in the proposed Second Amended Class Action Complaint. On February 22, 2008, plaintiffs filed a reply memorandum in support of their motion for leave to amend.

To develop procedural regularity in this matter, it is now

ORDERED that the second amended complaint tendered with the motion on December 11, 2007, is filed. It is

FURTHER ORDERED that the claims of plaintiffs Spa Universaire, Vacation Tan & Travel, Carl Lesher, Dennis Lindeman and Kent Fitzgerald are dismissed with prejudice. It is

FURTHER ORDERED that the arguments raised in the defendants' opposition to the motion for leave to amend shall be considered as a motion under Fed.R.Civ.P. 12(b)(6), addressed to the allegations of the second amended complaint. It is

FURTHER ORDERED that the defendants' motion for summary judgment on plaintiffs' Sherman Act § 1 claim shall be considered as addressed to the second amended complaint and it is

FURTHER ORDERED that the individual plaintiffs in the second amended complaint shall respond to the defendants' motions under Fed.R.Civ.P. 12(b)(6) and (56) on or before March 31, 2008.

DATED: February 27th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge